# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. VICTORIA RIGNEY and JAMES RIGNEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 16-cv-00542-JED-JFJ |
| 1. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) ) | *Honorable John Edward Dowdell* |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiffs, Victoria Rigney and James Rigney, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of the Plaintiffs against the named Defendant be dismissed with prejudice.

Respectfully submitted,

 s/Randall A. Gill
Randall A. Gill, OBA #10309
2512 East 21st Street
Tulsa, OK 74114-1706
Telephone: (918) 747-1958
Facsimile:   (918) 747-1108
Gill-Law@swbell.net
**ATTORNEY FOR PLAINTIFFS**

- and -

s/Joseph T. Acquaviva, Jr.
Joseph T. Acquaviva, Jr., OBA #11743
JTAcqua@aol.com
**WILSON, CAIN & ACQUAVIVA**
300 Northwest 13th Street, Suite 100
Oklahoma City, OK 73103
Telephone: (405) 236-2600
Facsimile:  (405) 231-0062
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

__ X __   I hereby certify that on the 7th day of December, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Randall A. Gill
2512 East 21st Street
Tulsa, OK 74114-1706
Gill-Law@swbell.net
**ATTORNEYS FOR PLAINTIFF**

     I hereby certify that on the _____ day of _____, 2017, I served the attached document by certified mail, return receipt requested, with proper postage prepaid thereon to the following:

      s/Joseph T. Acquaviva, Jr.
      Joseph T. Acquaviva, Jr.